UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TOMMY W. THORNHILL and JOHNNIE J. SEAL, JR.**                    **PLAINTIFFS**

**V.**                                                 **CIVIL ACTION NO.1:06CV1281 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                     **DEFENDANT**

### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [12] of State Farm Fire and Casualty Company to dismiss this action or to join the Hancock Bank as a party is **DENIED**.

**SO ORDERED** this 15th day of May, 2007.

                                                         s/ L. T. Senter, Jr.
                                                       L. T. SENTER, JR.
                                                       SENIOR JUDGE